ACCEPTED
06-14-00098-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/16/2015 4:50:21 PM
DEBBIE AUTREY
CLERK

IN THE MATTER OF,         \*     NO. 06-14-00098CV

         \*

THE ESTATE OF,        \*     SIXTH COURT OF APPEALS

         \*

         \*

JUNE ELAINE GIBSON DECEASED     \*     TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/16/2015 4:50:21 PM
DEBBIE AUTREY
Clerk

## MOTION TO DISMISS APPEAL

Comes now **Karen Anderson**, Appellant in this Appeal, and informs the Court that she no longer wished to pursue such Appeal, and Moves the Court, to dismiss same, with prejudice.

Movant alleges that no Clerk's Record nor Reporter's Record have been ordered nor prepared, and that all costs have been paid, including the filing fee for this Motion.

Respectfully submitted,

**MINTON & BROWN, PLLC**
Attorneys at Law
134 N. Marshall Street
P. O. Box 1688
Henderson, Texas 75653-1688
(903) 657-3543
(903) 657-3545 Fax
Email: mintonbrown@suddenlinkmail.com

BY: _____
     **ROBERT M. MINTON**
     Attorney for Karen Anderson